#08408

ORIGINAL

FILED
JUL 28 2008
U.S. COURT OF FEDERAL CLAIMS

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**BID PROTEST**

| | |
|---|---|
| **LANDOLL CORPORATION** | |
| **Plaintiff,** | **Case No.:** 08-542 C |
| **v.** | **Judge:** ______________ |
| **THE UNITED STATES OF AMERICA,** | |
| **Defendant.** | |

## COMPLAINT

Plaintiff, LANDOLL CORPORATION ("Landoll"), brings this bid protest action against the UNITED STATES OF AMERICA, acting through the Department of Defense ("DoD"), and procuring through the GSA Federal Supply Schedule System. The complaint and protest arises out of DoD's award decision on Solicitation Number RFQ279033 issued May 7, 2008, and based on an offer submitted May 23, 2008 by WSE Leasing, Inc., which the DoD wrongly evaluated as the lowest-priced technically-acceptable offer and awarded on June 30, 2008. In support of its cause of action, Landoll states as follows:

## JURISDICTION

1. This Court has jurisdiction to hear this action pursuant to 28 U.S.C. § 1491(b).

## PARTIES AND INTEREST

2. Landoll is a corporation duly organized under the laws of Kansas with its principal place of business located at 1900 North Street, Marysville, Kansas 66508.

3. Defendant is the United States, acting through the Department of Defense ("DoD"), and procuring through the General Services Administration ("GSA"), Federal Supply Schedule ("FSS") System.

4. Landoll is one of two offerors who submitted proposal in response to the Solicitation. Based on information provided about WSE, it is clear that Landoll is the only offeror who could submit an offer capable of award. Accordingly, Landoll has a direct economic interest affected by award of the contract to WSE and is an interested party with standing to file this protest and Complaint.

**TIMLINESS OF PROTEST**

5. Award apparently occurred on June 30, 2008. TACOM did not officially notify Landoll of the award, until Landoll received a letter on July 17, 2008, notifying Landoll of the award to WSE; during a telephone call the previous day, TACOM informally notified Landoll of award. Notice of the award was not otherwise posted on the FSS System. This protest is filed within 10 days (the first business day following the 10th day) of notice of award.

**STATEMENT OF FACTS**

6. On or about May 07, 2008, the United States Army Tank-Automotive and Armament Command ("TACOM"), procuring through the FSS "e-Buy" Program, issued RFQ No. RFQ279033 ("Solicitation") for the purchase of an estimated quantity of between 25 to 40 Tilt-Deck Hydraulic Trailers. A copy of that Solicitation is attached hereto as Exhibit "A".

7. TACOM set the closing date for submission of proposals for May 12, 2008.

8. The Solicitation contained the following information relevant to this protest:

a. The Solicitation was an "urgent requirement" for the United States Army Reserve;

b. "All products and services offered must be on your current GSA schedule contract…Reminder: Please do not include open market items with your offer."

c. "The evaluation will be based on lowest price technically acceptable, in accordance with attachment 0001."

d. Companies were directed to provide a "complete proposal…Product literature submission is highly recommended."

e. TACOM listed Category 23V 101 as the FSS Schedule from which it was seeking proposals;

f. Delivery must be made within 90 days of award.

9. The Solicitation contained a set of specifications (referenced as "attachment 0001"), attached hereto as Exhibit "B".

10. Those specifications are taken from the specifications for Landoll's proprietary product, the Landoll 610-NG Model (copy attached as Exhibit "C").

11. TACOM utilized the GSA Federal Supply Schedule e-Buy Program to procure the trailers in this Solicitation.

12. As noted above, the Solicitation listed only one category under the FSS from which TACOM was seeking bids: Category 23V 101.

13. Landoll's GSA Federal Supply Contract, Category 23V 101, contains only one tilt-deck hydraulic trailer capable of meeting the RFQ, and that is Item LQ05120801 610NG on the Federal Supply Schedule. Two pictures of its tilt-deck hydraulic trailer are attached hereto as Exhibit "D". Further, Landoll's trailer contains many superior features, see

Exhibit "K" attached hereto as Exhibit "K".

14. Accordingly, Landoll submitted its quote based upon Item LQ05120801 on May 12, 2008.

15. Because its price is fixed per its FSS Schedule contract, Landoll offered its schedule price and based upon 25 units (the quantity TACOM requested for bidding purposes), a total price of $2,371,425.00. (Copy attached as Exhibit "E").

16. On July 17, 2008, TACOM, for the first time, notified Landoll in writing that TACOM had awarded the Solicitation to WSE Leasing, Inc. (hereinafter referred to as "Notice"; Copy attached as Exhibit "F"). (On July 16, 2008, Landoll initiated a telephone call to the contracting officer to inquire when award would be made and was verbally told of award.)

17. TACOM's Notice shows that it received only two offers, logically, Landoll and WSE.

18. The GSA Federal Supply Schedule (e-library), lists 18 contractors with GSA Supply Schedule contract under Category 23V 101, Vehicular Multiple Award Schedule.(copy attached as Exhibit "G", also to be found at following Web address: http://www.gsaelibrary.gsa.gov/ElibMain/SinDetails?executeQuery=YES&scheduleNumber=23+V&flag=&filter=&specialItemNumber=023+101 ).

19. A search of WSE's GSA Schedule listings show it has no other category listing other than Category 23V (see Exhibit "H", found by a 'search' on the GSA Supply Schedule website).

20. WSE offers three trailers on its GSA Schedule Contract under Category 23V 101: (a) TL2000 Flatbed semi-trailer; (b) DTL Dropdeck Flatbed semi-trailer; and (c) 2135

bottom dump semi-trailer, general purpose, a listing of which is attached as Exhibit "I".

21. None of WSE's trailers listed on the FSS meet the Solicitation specifications in the following ways, among other ways:

   A. None of the WSE trailers are tilt-deck trailers; this is essential for the functioning of the trailer because it is used to transport large piece of disabled equipment; see Exhibit D attached hereto for an example of intended use;

   B. None of the WSE trailers are hydraulically driven; over 40% of the Solicitation specifications are devoted to the criteria for the hydraulic system;

   C. None of the WSE trailers are of kingpin height of 60-64" (the kingpin is the connecting point between the trailer and the towing tractor); the kingpin height is critical when the towing vehicle transporting the trailer is an M916 tractor (commonly used with this trailer) which has a fifth wheel height of 64 inches; this height must be equal to the kingpin height of the trailer to insure the load is carried in level position; a lower height kingpin would cause instability and cause excess weight on the rear an overloaded condition;

   D. None of the WSE trailers have a 3 ½ inch diameter kingpin; again the M916 towing vehicle has a fifth wheel receptacle for a 3.5" kingpin;

   E. WSE does not manufacture these trailers; the manufacturer is Transcraft. Thus, any modifications to the trailer would have to be engineered by others and could not be accomplished in 90 days or 153 days.

22. The "Options/Accessories" for each WSE trailer shows no appreciable upgrades, such as 'tilt-decks' (See Exhibit "I").

23. WSE did not submit an offer based upon its GSA Schedule Contract.

24. On July 18, 2008, Landoll received from TACOM a copy of the contract awarded to WSE, for a contract price of $3,254,480 (hereinafter referred to as "Contract"). Copies of the pages of the Contract cited to herein are attached hereto as Exhibit "J").

25. The Contract shows that WSE submitted its offer on May 23, 2008—11 days after the closing date for submission for proposals (See Exhibit "J", page 2, paragraph 1, subsection a, "the Government accepts your proposal dated May 23, 2008").

26. Contrary to the 90 day delivery date requirement stated in the RFQ, the Contract shows WSE was allowed anywhere from November 10, 2008—133 days from award and as late as November 30, 2008—153 days after award, for delivery. (See Exhibit "J")

27. TACOM did not notify Landoll that it had extended the closing date or modified any of the terms of the proposed order.

28. The Contract states that it is subject to a set of specifications dated June 24, 2008—over 45 days after the closing date for submission of proposals.

29. TACOM did not give Landoll the benefit of these updated specifications at any time, and certainly not before the closing date for submission of proposals.

30. Several other errors appear on the award document to WSE: (a) No solicitation number is noted in Block 5, yet the Requisition Number refers to "SEE SCHEDULE", presumably the Federal Supply Schedule; and (2) No Solicitation date is identified.

31. TACOM failed to post notice of the award on PRONet or give Landoll notice of the award until letter dated July 17, 2008 (Exhibit "F").

## COUNT I

32. Landoll incorporates by reference paragraphs 1-31, above, as though fully set forth herein.

33. WSE submitted its proposal based upon an "open market item" and not upon the items it offers on its FSS Schedule Contract, thus WSE's proposal was non-responsive, technically unacceptable, and TACOM should have rejected WSE's proposal.

34. WSE submitted its proposal after the closing date for submission of Solicitation proposals, thus, its proposal was non-responsive and ineligible for award.

35. TACOM improperly extended WSE's required delivery date beyond the time set forth in the Solicitation and without notice to Landoll.

36. TACOM improperly modified the specifications without notice to Landoll.

37. Any post-award modification of the Solicitation requirements by TACOM violates the competitive procedures of the procurement because it materially changes the Solicitation requirements.

38. The authority of TACOM to purchase products through the FSS requires that it purchase only products listed on the FSS; TACOM did not otherwise fully comply with the competitive procedures required by the Federal Acquisition System.

39. Had TACOM fairly and properly evaluated Landoll's proposal, it would have found Landoll submitted the only responsive offer, and awarded the Solicitation to Landoll.

40. Accordingly, Landoll protests any award of the Solicitation to anyone but Landoll as contrary to regulation, unreasonable, unsupported by the facts, and an abuse of TACOM's discretion.

41. Allowing TACOM to award the Solicitation to WSE in violation of regulatory

requirements and evaluating offers other than as stated in the Solicitation would lead to a failure of the competitive process.

42. As a result, TACOM breached the government's implied contract to consider an offer fairly and honestly.

43. As a result, any award to WSE is null and void.

WHEREFORE, Plaintiff Landoll Corporation prays that this Court enter judgment in this matter as follows:

A. Enjoin Defendant from performance under Contract W56HZV-08-C-D666, or any other contract for the same purpose;

B. Enjoin Defendant from proceeding with the subject procurement until it properly evaluates Landoll's offer, and properly rejects WSE's offer;

C. Declare WSE's proposal as non-responsive and ineligible for award;

D. Declare Landoll's offer as the only responsive offer eligible for award and ordering the award of the Solicitation to Landoll;

E. Award Landoll its costs incurred in this action, including reasonable attorney's fees;

F. Award Landoll such other and further relief as this Court may deem necessary and proper.

Dated: July 26, 2008

MOORE & HENNESSY, P.C.

By: ______________________
Darcy V. Hennessy, admitted 10/30/86
4600 Madison, Ste. 700
Kansas City, MO 64112
(816)753-3030 Telephone
(816)753-3036 Facsimile

COUNSEL OF RECORD FOR PLAINTIFF
LANDOLL CORPORATION

Of Counsel:

Leslie A. Boe
Moore & Hennessy, P.C.
4600 Madison, Ste. 700
Kansas City, MO 64112
(816)753-3030 Telephone
(816)753-3036 Facsimile

**CERTIFICATE OF SERVICE**

I hereby certify that I caused a true and correct copy of Landoll Corporation's Complaint, Memorandum of Points and Authorities in Support of Application for Temporary Restraining Order and Motion for Preliminary Injunction, Application for Temporary Restraining Order, and Motion for Preliminary Injunction to be served this 28th day of July, 2008, by facsimile and e-mail on the following:

U.S. Department of Justice
Civil Litigation Division
Commercial Litigation Branch
1100 L Street, NW
Washington, DC 20530
Tel: (202)307-0843
Fax: (202)307-0972
*Counsel for Defendant*

WSE Leasing, Inc. sharonc@scruggstrailer.com
3000 Pinson Valley Pkwy
Birmingham, AL 35217-1810
*Awardee*

M.J. Franzen *matt.franzen@us.army.mil*
*Contracting Officer*
U.S. Army TACOM
Life Cycle Management Command
6601 E. 11 Mile Road
Warren, MI 48397-5000

Darcy V. Hennessy

# EXHIBIT INDEX

| EXH. NO. | DATE | DESCRIPTION |
|---|---|---|
| A | 05/07/08 | Solicitation RFQ279033 (2 pages) |
| B | 05/07/08 | Attachment 0001; Specifications for 50 Ton Commercial Trailer (4 pages) |
| C | 05/13/08 | Landoll Descriptive literature for Landoll 610-NG (4 pages) |
| D | 7/22/08 | 2 Pictures of Landoll 610-NG |
| E | 05/12/08 | Landoll Offer (2 pages) |
| F | 07/17/08 | Notice of Award (1 page) |
| G | | Category 23V 101 Vehicular Multiple Award Schedule (2 pages) |
| H | 7/22/08 | GSA Search result for search term "WSE" (1 page) |
| I | 7/22/08 | WSE 3 Products listed under Category 23V 101 (4 pages) |
| J | 06/30/08 | Relevant Pages of WSE Contract (7 pages) |
| K | | Superior Features of Landoll's 610-NG Trailer (1 page) |

GSA e-Buy

Prepare Quote Response

Thursday, May 8, 2008

No Quote | Continue

**Instructions:** Before preparing a quote, carefully review all the buyer's requirements listed in the gray box below. If the buyer has indicated specific line items, enter your quote in the "Unit Price Field". You may add additional line items which are necessary to fulfill the requirement. For more complex quotes, you may provide quote information in an attachment or in the vendor comment box. All products and services offered must be on your current GSA schedule contract. If permitted by the buyer, you may be able to quote on a portion or all of the line items, and/or offer "brand name or equal" items.
Reminder: Please do not include open market items with your offer.

RFQ ID: **RFQ279033**
RFQ Title: Tilt-Deck Hydraulic Trailer
RFQ Issue Date: 05/07/2008 03:53:17 PM EDT
RFQ Close Date: 05/12/2008 04:00:00 PM EDT (Time Remaining: 4D 5H 33M)

Reference #:
Category: 23 V: 023 101
Contact: LUKE ALWARD
Department of the Army
luke.alward@us.army.mil

Delivery: Deliver 90 Days From Date of Award to Date of Completion

Description: This is an urgent requirement for the United States Army Reserve. You are requested to respond immediately, no later that May 13 at 5:00 PM EST. Please review the specifications contained in Attachment 0001. The Offeror shall provide a complete proposal. The desired Quantity is approximately between 25-40 units. Product literature submission is highly recommended.

The evaluation will be based on lowest price technically acceptable, in accordance with attachment 0001. This procurement will be FOB destination to the following locations:

Estimated Quantity: 10

BLDG 56767, North Fort Hood
2401 Park Avenue
Gatesville, TX 76528

Estimated Quantity: 15

BLDG 470,
11408 Roberts Blvd
Fort Smith, AR 72903

Buyer Documents:
Specifications 0001

**Quote ID**

RFQ279033-XXX

**Your Quote is good until:** (minimum of 7 days from the RFQ close date)

Date: Jul 11 2008

**Line Items**

| Mfr. Part/Item # | Manufacturer | Product/Service Name | Ship Address | Qty | Unit | Quote Unit Price | Remove |
|---|---|---|---|---|---|---|---|
| | | Trailer | (2) | 25 | EA | $ | |

Add Additional Items

**Prompt Payment Discount**

0 days 0 %

**FOB** (If FOB is origin, enter the transportation cost)

Destination Origin Transportation Cost: $ 0.00

**Attached Documents** (You may attach additional documentation as needed. Maximum attach file size is 5MB)

Attach Documents

EXHIBIT A
ALL-STATE LEGAL

**Vendor Comments**

If Quote pricing is contained in attached documents or in the vendor comments area, enter the amount: $ 0.00

| | | | |
|---|---|---|---|
| **(1) US Army TACOM LCMC:** | | **(2) Army Reserve:** | |
| TACOM<br>6501 E. 11 MILE ROAD<br>Warren, MI 48397-5000 | *Individual Receiving Shipment*<br>LUKE ALWARD<br>586-574-3902<br>LUKE.ALWARD@US.ARMY.MIL | Bldg 56757 North Fort Hood<br>2401 PARK AVENUE<br>Gatesville, TX 76528 | *Individual Receiving Shipment*<br>LUKE ALWARD<br>586-574-3902<br>LUKE.ALWARD@US.ARMY.MIL |

No Quote Continue

Attachment 0001
Specifications
50 Ton Commercial Trailer

**Scope:** This requirement is for a Commercial, Flatbed, and Tilting Deck Hydraulic trailer compatible with a M916 Truck, Prime mover.

✓ **Capacity:** 100,000 lbs, minimum payload capacity.

✓ **Deck Rating:** 70,000 lbs concentrated load within 16 feet at highway speeds

✓ **Curb Weight:** 30,000 Lbs maximum

✓ **Ground Clearance:** 8" minimum

✓ **Main Frame:** Side rails shall be supported by sufficient outriggers and cross members to present a rigid construction with sufficient strength for rated loads imposed. Frame deflection shall be not greater than 2 inches or if the main frame rails have a built in upward crown of not less than 2 inches, the main frame deflection shall not be greater than 3 inches. Main frame members shall run the full length of the trailer bed.

✓ **Treatment and Painting:** Manufacturer's standard treatment and painting is acceptable. Exterior color will be selected by the manufacturer from one of the manufacturer's standard nonmetallic light colors.

✓ **Parking Stands:** Two- Speed Parking Stands shall be provided.

DOUBLE COIN
255/70R22.5
147475
5070# DUAL
22.5x7.5 RIM
3-870-010104
6200# CAP

✓ **Tires and Rims:** Minimum 5,000 lbs dual tire load rating tires shall be provided. The tire ratings shall conform to Tire and Rim Association for European Tire and Rim Technical organization recommendation, for the type and size of tires furnished. Tires shall be of steel belted radial type. Tires rated capacity shall at least be equal to the load imposed on each tire, measured at each wheel, at the ground, with the trailer loaded with the maximum specified load. Tire size and ply rating shall be the same for all tires on each vehicle.

✓ **Spare Tire Assembly:** An inflated spare tire mounted on the spare wheel shall be furnished. The spare tire shall be identical to the tires furnished on the trailer. The spare tire assembly shall be securely stowed on the trailer for shipment only.

✓ **Wheels:** Tubeless, Hub Piloted, disc type wheels shall be furnished. Wheel load and pressure shall be equal or greater than the tire capacity. Wheel size shall be the same for all wheels on each vehicle.

✓ **Spare Wheel:** A spare wheel shall be furnished which shall be identical to those furnished on the trailer.

✓ **Hub Drum:** Hub Pilot/Steel Outboard Brake Drums

EXHIBIT
B
ALL-STATE LEGAL®

Attachment 0001
Specifications
50 Ton Commercial Trailer

**Axles:** Three axle-25,000 lb Dual Tire. Total capacity of 75,000 lbs. Axles shall be equipped with oil seal hubs. P/N 115713 (2), 115719(1)

**Suspension:** The trailer shall be furnished with manufacturer standard suspension system which shall have a rated capacity sufficient for the GVW. Clearance shall preclude interference between wheels and any other part of the vehicle.

**Brakes:** Full Air/Spring Brakes. Trailer shall be equipped with ABS brakes. Full air-operated brake equipment for all wheels, outboard drums, automatic slack adjuster, heavy-duty, non-asbestos lining material and automatic spring brake application - both axles. Upon accidental breakaway, the brakes shall comply with all State and Federal ICC requirements.

**Oil Seal Hubs:** Internal Mated Assembly

P/N 137275

**Hitch:** 3-1/2" Fifth Wheel King-Pin compatible with a Truck, Prime Mover with 60" - 64" fifth wheel height.

**Swing Clearance:** 81 Inches minimum 42' 4"

**Decking:** Minimum 1 3/8" Apitong Hardwood. The platform shall be a single drop type, at least eight and one-half (8.5) feet in width and with at least (40) feet of usable lower deck flat space. Swing out Outriggers shall provide a minimum of 10'4" Usable Deck Width. Apitong planks and Special Storage shall be provided in the Upper Deck.

**Approach Plate:** A flat type rigid load bearing approach plate shall be a structural part of the trailer without being hinged. Plate shall have four Tie Downs.

**Gooseneck:** The gooseneck (forward) end of the trailer shall be hinged to the lower deck with a grease able pivot hinge. The kingpin plate shall be at least 1/2" thick and shall be hinged to allow loading and unloading with tractor and trailer in jackknife position. The full-width gooseneck shall be suitable for use with a 60"-64" fifth wheel height. The 3-1/2" Kingpin, SAE J-848 type, shall be located 21 inches from the front of the trailer. The fifth wheel shall have an 81-inch swing clearance. Grease able slope roller painted same color as the rest of the trailer shall be centered and recessed at the rear of the top deck P/N 137276

**Hydraulic Tilting Deck:** The trailer shall be furnished with a hydraulically operated tilting deck and a loading winch. Hydraulic cylinders shall move the wheels ahead while the tilting of the deck is accomplished by the lifting cylinders. Lifting and lowering operations shall be performed with the Hydraulic power from M916 Truck, Prime Mover. The trailer shall provide a continuous surface from ground to winch when the tilted deck is in the loading position. The deck under-structure and reinforcements shall not be less than that required for the payload capacity of the trailer. When tilted with the rear of the deck resting on the ground, the angle with the ground shall not be greater than 8 degrees. Controls shall be provided on the driver's side (road side) of the trailer on the gooseneck. The time required to cycle the tilting deck (with

trailer loaded to the maximum capacity) from it's highway travel position to it's tilted loaded position and back to it's highway travel position shall not be greater than eight (8) minutes.

P/N 105490 STD

**Hydraulic System:** The hydraulic system of the trailer shall be compatible with M916 Truck, Hydraulic Interface Kit, and PN 57 K 4788. This Kit includes Parker Hannifin Quick –Disconnect Coupler (Female), PN FF-751-12FO which is ¾ inch size with a rated pressure of 3,000 PSI and Parker Hannifin Quick-Disconnect Nipple (Male) — P/N 105474 which is ¾ inch size, with a rated pressure of 3,000 PSI. The trailer Hydraulic System shall be compatible with M916 truck hydraulic motor which is rated at 23.1 GPM @ 1800 RPM & 3000 PSI. The hydraulic system shall consist of hydraulic cylinders, , control and relief valves, filters, hoses, piping, fittings and other components required to actuate and control the hydraulically powered tilting deck, and winch.

?
P/N 127955

**Hydraulic Fluid and Filter:** A full flow hydraulic filter, having a filter rating not greater than 25 microns shall be installed in the hydraulic system. The hydraulic fluid shall be of a noncorrosive type with characteristics to withstand temperatures from minus 40 to plus 275 degree Fahrenheit. The hydraulic fluid shall conform to SAE standards.

**Hydraulic Lines and Fittings:** All hydraulic tubing, hosing and fittings shall conform to applicable SAE standards. Minimum number of fittings, joints and connections shall be used to prevent excessive back pressure, clogging and leakage. All hoses and fittings shall be capable of withstanding a bursting pressure four times the working pressure and a maximum proof pressure of at least two times the working pressure. Hoses shall have physical qualities equal to or conforming to SAE J517 (100 R1), as applicable. Hoses shall be protected against chafing through utilization of support, grommets and protective devices.

**Winch and Cable:** A 20,000 lbs Hydraulic winch and cable shall be furnished. The hydraulic winch shall be capable of drawing equipment, not operating under its own power abroad the tilted deck and controlling the descent of such equipment during unloading. The winch shall conform to SAE J706. The winch shall have one forward speed and one reverse speed. The capacity of the winch, cable, chain and hook assembly shall not be less than 12,000 pounds, on the bare drum. The winch shall be equipped with roller guides.

**Cable:** The cable not less than 60 feet in length, shall be of ½ inch diameter, performed 6x37, extra improved plow steel with interwoven rope core. A 6 foot winch chain, 3/8 inch, with hook, shall be furnished at the end of the cable.

3-208-010052-01
83-482-003 ?
REEL PARTS
USED ON
CLIN 0007 (3-317-010003)
CLIN 0043 (3-317-010006)

**Controls:** A pendent type remote control shall be installed on the curbside of the vehicle. The pendent control shall have a 50 foot minimum remote control cable that shall stow under the deck on a spring powered cable reel. The control shall include paying – out and pulling control (direction of winch rotation). The paying-out and pulling control shall be of deadman type. The control shall include overload protection

2 WINCH
PIVOTING GUIDE w/
AIR RELEASE & AIR TENSION

Attachment 0001
Specifications
50 Ton Commercial Trailer

and shall be provided with means to place the winch in the free-wheeling position. A hydraulically operated pilot check valve shall be furnished to prevent slacking-off of the cable when the deadman control is released.

**Electrical System:** The trailer shall be compatible with a 24 volt Prime Mover Electrical System with a NATO 12 pin connector. 137107

**Lights:** LED brake, turn signal and marker lights.

**Tie Downs:** The full perimeter of the deck shall be provided with Double Key Hole Chain Slots & Stake Pocket Cutouts on 24" Centers, Key Holes set for 1/2" Chains. Recessed Mounted D-Rings (8 per trailer) spaced 4 per side on Lower Deck. The Stake Pocket Cutouts measure (1-5/8" x 2-7/8"), and shall be used with removable (lift-out) sections of stake-type sides.

**BII (Basic Issue Items):** ½" Chain
Turnbuckle
Ratchet
Socket
Cheater Bar
Parts Manual

**Equipment:** The trailer shall be equipped with all standard equipment and accessories normally furnished by manufacturer. Additional equipment and features shall be furnished as follows:

Unit to meet all applicable OSHA requirements.
Unit to meet all applicable FMVSS, DOT, and ICC requirements.
Mud flap brackets and flaps.
Swing out Outriggers expanding width to 10'4"
Dual glad-hand connection air supply at the front of the trailer.
The rear bumper to meet all applicable FMVSS 571.223 and 571.224

ISO CONTAINER LOCKS?
UNDERCOATING?
TOOLBOXES?
DOCK LEVELERS?
HUBODOMETER?
~~OUTRIGGER PLANKS & STORAGE~~?

Choose Trailer Type
Then Choose Model
Updated May 13, 2008

# Trailers- Hydraulic

## LANDOLL 610-NG (Army National Guard)

- **Capacity:** 100,000 lbs, maximum GVWR 122,700 lbs
- **Deck Rating:** 70,000 lbs concentrated load within 16 feet at highway speeds
- **Estimated Base Weight:** 28,700 Lbs. (53')+ / - 3%
- **Main Frame:** Fabricated 80,000 & 100,000 PSI Yield Steel, Four-Beam Design. Frame construction consists of four fabricated 80,000 PSI, hi tensile strength steel beams. The frame is electrically welded per AWS-D1.1 structural steel. The outer beam has a 3/8" x 6" top flange, a 1/2" x 2-1/2" bottom flange and a 3/16" web. The inner beam has a 3/4" x 6" bottom flange in the undercarriage travel area and a 3/4" x 6" top flange and 3/16" web. The lower deck of the folding tilt frame is a rigid one-piece structural design with welded rigid approach plate (no hinge). The frame is designed, constructed and rated for the full capacity of the trailer.
- **Finish:** TGIC Powder Coat Paint, 20 Year Life
- **Color:** BLACK TGIC Polyester Powder Coated
- **Cross members:** 4" Junior I-Beam on 8" Centers
- **Slope Drop:** 90 Degree, One additional Slope Roller, Upper Deck in Lieu of Skid Plate
- **Parking Stands:** Jost Two- Speed
- **Side Extension:** Swing out Outriggers providing a 10'4" Usable Deck Width. 2" Apitong planks and Landoll Interlock Bolting System, Special Storage Provided in Upper Deck
- **Tires:** 255/70R 22.5 Load Range H, Goodyear with Spare Tire/Wheel on Vertical Spare Tire Rack and Hoisting Winch with Hubometer
- **Wheels:** Hub Piloted, 22.5x7.5 Steel Disc Wheel, 10 Stud, 11.25 Bolt Circle, 8.78 dia Hub Pilot, Tubeless Radial Rim, 6.44 Offset .375 Disc thickness, 5 Hand Hole, Capacity 6,200 lb C 125 PSI
- **Hub Drum:** Hub Pilot/Steel Outboard Brake Drums
- **Axles:** Three axle-25,000 lb Dual Tire, Oil Bath Bearings. Total capacity of 75,000 lbs. Axles are equipped with oil seal hubs. Axle Spacing is 60 Inches.



ALL-STATE LEGAL
EXHIBIT
C

Distance from the rear axle to the rear edge of the approach plate is 75 inches.

- **Suspension:** Neway RLU228 Air Ride with 22,500 lb suspension capacity. Suspension is a thru-axle type.

- **Undercarriage:** The undercarriage travels forward and returns hydraulically. Undercarriage is painted black with **TGIC polyester Powder Coating.** It travels on (4) 5" 60,000 lb greaseable needle bearing rollers. Two 3" 24,000 lb. keeper rollers secure the undercarriage to the trailer frame. All rollers and bearings are removable and replaceable. The undercarriage travels forward 212" with one 6" x 4"x212" telescoping hydraulic cylinder achieving a 7-1/2 degree load angle. The inner beams have two pockets located near the rear of the trailer in which the rollers rest, creating a secured positive lock and aligned undercarriage while the trailer is in travel mode. While the trailer is in loading position the rollers sit in two inverted pockets in the inner beams near the front of the lower deck, thus achieving the 7-1/2 degree loading angle. All light wiring, air and hydraulic lines are encased in a heavy plastic flex chain to ensure maximum protection.

- **Controls:** The trailer is equipped with a centralized hydraulic control center. Detailed operating instructions are etched onto a lighted aluminum panel.

- **Brakes:** 16.50 x 7.0 Full Air/Spring Brakes ABS, 4S2M/Center Axle Indirect. Trailer is equipped with a Rockwell 4S 2M ABS brake anti-skid, center axle indirect system. Full air-operated brake equipment for all wheels, outboard drums, automatic slack adjuster, heavy-duty, 12-1/4" x 7-1/2", non-asbestos lining material, automatic spring brake application-both axles, upon accidental breakaway, comply with all State and Federal ICC requirements.

- **Oil Seal Hubs:** Internal Mated Assembly

- **Hitch:** 3-1/2" Fifth Wheel King-Pin with 64" Ground Clearance

- **Pin Setting:** 21 Inches

- **Swing Clearance:** 81 Inches

- **Loaded Ground Clearance:** 8.5 Inches

- **Loaded Deck Height:** 42 Inches

- **Width:** 102 Inches

- **Decking:** 1 3/8" Apitong Hardwood. The platform is a single drop type, eight and one-half (8.5) feet in width and (53) feet in length, with (42) feet of usable lower deck space. Apitong hardwood secured by two screws on 32" Centers.

- **Approach Plate:** A flat type 29" x 102" rigid load bearing approach plate is a structural part of the trailer without being hinged. Plate has Four Key Hole Tie Downs.

- **Gooseneck:** The gooseneck (forward) end of the trailer is hinged to the lower deck with a greaseable pivot hinge. The drop from the upper deck to the lower deck is a 32-inch drop. The kingpin plate is 1/2" thick and is hinged to allow loading and unloading with tractor and trailer in jackknife position. The full-width gooseneck is suitable for use with a 64 inch fifth wheel height (900 Freightliner Prime Mover Series). The 3-1/2" Kingpin, SAE J-848 type, is located 21 inches from the front of the trailer. The fifth wheel shall have an 81-inch swing clearance. A 24" x 4-1/2" greaseable slope roller painted black with TGIC polyester powder coating shall be centered and recessed at the rear of the top deck

- **Hydraulic Hook Up:** Parker FC Series, Non-Spill, Connect under Pressure, ¼" Body Size

- **Lights:** Sealed, Potted "LED" Grommet Mounted with Sealed Wiring Harness, Center Mounted Turn Signal

- **Lock Down:** Landoll ISO Twist Lock Assembly for 20' and one 40' ISO Containers

- **Tie Downs:** The full perimeter of the deck is provided with Double Key Hole Chain Slots & Stake Picket Cutouts on 24" Centers, Key Holes set for 1/2" Chains. Recessed Mounted D-Rings (8 per trailer) spaced 4 per side on Lower Deck. The Stake Pocket Cutouts measure (1-5/8" x 2-7/8"), and are used with removable (lift-out) sections of stake-type sides.

- **Tool Box:** Two, Lower Deck Mounted, (Street & Curbside) (42"W x 9"H x 28" D") & Upper Deck Dual Specialty Storage Boxes for Extension Planking & Bolting System

- **Hydraulic Power Specifications:** Hydraulic engine package, upper deck mounted with cover. 27hp Kohler gas engine. No portion of the hydraulic power source protrudes beyond the frame of the trailer.

- **Hydraulic Winch:** 30,000 lb Upper Deck Mounted DP Planetary Winch (Upper Deck), with Four Roller Cable Guides with Air Cable Tension and Air Freewheel. Winch is mounted at the front of the upper deck and has a First Layer Line Pull capacity of 30,000 lbs. Equipped with 85 feet of 5/8" Flex-X9 Wire Rope Cable. The winch has a 3-foot long high-test 5/8" lead chain and 3/4" hook attached to the cable by a swedge lock with thimble.

- **Dock Levelers:** Dock Level Hydraulics-1 Pair 62,000 lb, in rear

- **Tilt Cylinders:** 2- 6" x 30"

- **Undercarriage Cylinder:** 1- 6" x 4"x 212"

- **Load Angle:** 7.5 Degree

- **BII (Basic Issue Items):** ½" Chain

Turnbuckle
Ratchet
Socket
Cheater Bar
Manual

**Equipment:** The trailer is equipped with all standard equipment and accessories normally furnished by manufacturer. Additional equipment and features are furnished as follows:

1. Unit to meet all applicable OSHA requirements.
2. Unit to meet all applicable FMVSS, DOT, and ICC requirements.
3. Mud flap brackets and flaps.
4. Swing out Outriggers expanding width to 10'4"
5. Dual glad-hand connection air supply at the front of the trailer.
6. The rear bumper to meet all applicable FMVSS 571.223 and 571.224

Close Window

1900 North Street | Marysville, Kansas 66508 | (785) 562-5381
© 2002 Landoll Corporation. All rights reserved



EXHIBIT
D

ALL-STATE LEGAL



EXHIBIT E

GSA Advantage ! e-Buy

Page 1 of 1

GSA e-Buy

Quote Summary

Wednesday, July 16, 2008

Please note: You are not allowed to quote on an RFQ that has already closed. To extend the "Your Quote Date", click on the link below, adjust the date, and click "Submit Changes".

RFQ ID: **RFQ279033**

Reference #:

RFQ Title: Tilt-Deck Hydraulic Trailer

RFQ Issue Date: 05/07/2008 03:53:17 PM EDT

RFQ Close Date: 05/12/2008 04:00:00 PM EDT

Contact: LUKE ALWARD
Department of the Army
luke.alward@us.army.mil

Delivery Days: Deliver 90 Days From Date of Award to Date of Completion

Description: This is an urgent requirement for the United States Army Reserve. You are requested to respond immediately, no later that May 13 at 5:00 PM EST. Please review the specifications contained in Attachment 0001. The Offeror shall provide a complete proposal. The desired Quantity is approximately between 25-40 units. Product literature submission is highly recommended.

The evaluation will be based on lowest price technically acceptable, in accordance with attachment 0001. This procurement will be FOB destination to the following locations:

Estimated Quantity: 10

BLDG 56767, North Fort Hood
2401 Park Avenue
Gatesville, TX 76528

Estimated Quantity: 15

BLDG 470,
11408 Roberts Blvd
Fort Smith, AR 72903

Buyer Documents:
Specifications 0001

| Quote ID | Your Quote is good until |
|---|---|
| RFQ279033-OIB | 07/11/2008 04:00:00 PM EDT (Extend Your Quote Date) |
| **Quote Status** | **Date Quote Sent** |
| Pending Response | 05/12/2008 12:08:49 PM EDT |

| Mfr. Part/Item # | Manufacturer | Product/Service Name | Ship Address | Qty | Unit | Unit Price | Total Price |
|---|---|---|---|---|---|---|---|
| | | Trailer | (2) | 25 | EA | $94857.00 | $2371425.00 |
| | | | | | | **Line Items:** | **$2371425.00** |

**Prompt Payment Discount**
0 Days 0%

**FOB**
Destination **Origin Transportation Cost:** $0.00

**Vendor Attached Documents:**
LQ05120801 610NG GSA EBUY Luke Alward US

**Vendor Comments**
Landoll Corporation appreciates the opportunity to quote the Landoll 610NG Hydraulic Trailer. Find attached a cover letter, pricing and F.E.T Exemption Certificate. The Landoll PDF manual for the 610NG exceeded the file size to upload to Ebuy. This manual will be sent to luke.alward@us.army.mil. Please note that the Quote Unit Price contains F.E.T. Tax.
Landoll 610NG Price: $84,694.00 ;
F.E.T. Tax @ 12%: $10,163.00 ;
TOTAL: $94,857.00

**Quote amount contained in attached documents or in the vendor comments area:** $94,857.00

**Quote Total:** **$2,466,282.00**

**(1) US Army TACOM LCMC:**
TACOM
6501 E. 11 MILE ROAD
Warren, MI 48397-5000

*Individual Receiving Shipment*
LUKE ALWARD
586-574-3902
LUKE.ALWARD@US.ARMY.MIL

**(2) Army Reserve:**
Bldg 56767 North Fort Hood
2401 PARK AVENUE
Gatesville, TX 76528

*Individual Receiving Shipment*
LUKE ALWARD
586-574-3902
LUKE.ALWARD@US.ARMY.MIL

If Quote pricing is contained in attached documents or in the vendor comments area, enter the amount: $ 0.00

| | | | |
|---|---|---|---|
| **(1) US Army TACOM LCMC:** | | **(2) Army Reserve:** | |
| TACOM<br>6501 E. 11 MILE ROAD<br>Warren, MI 48397-5000 | *Individual Receiving Shipment*<br>LUKE ALWARD<br>586-574-3902<br>LUKE.ALWARD@US.ARMY.MIL | Bldg 56767 North Fort Hood<br>2401 PARK AVENUE<br>Gatesville, TX 76528 | *Individual Receiving Shipment*<br>LUKE ALWARD<br>586-574-3902<br>LUKE.ALWARD@US.ARMY.MIL |

No Quote Continue

**DEPARTMENT OF THE ARMY**
UNITED STATES ARMY TACOM LIFE CYCLE MANAGEMENT COMMAND
6501 EAST 11 MILE ROAD
WARREN, MICHIGAN 48397-5000

July 17, 2008

Mr. John Schmidt
Group Manager
Landoll Corporation
1900 N St
Marysville, KS 66508-1271

**Re: RFQ279033**
**Sent via email:** john.schmidt@landoll.com

Dear Mr. Schmidt:

Your offer in response to Firm Fixed Price Proposal email dated 12 MAY 2008

(X) was received and considered for award.
( ) was received but not considered for award.

After consideration of acceptable offers, award(s) was made to:

Contractor Name: WSE Leasing Inc.
Contractor Address: 3000 Pinson Valley Pkwy Birmingham, AL 35217-1810
Contract Number: W56HZV-08-C-0666
Award Unit Price: $3,254,480

Additional award information is furnished for negotiated procurements:

Number of proposals received: 2

Thank you for taking the time and effort to submit an offer.

Sincerely,

M. J. Franzen
Contracting Officer

EXHIBIT
F
ALL-STATE LEGAL®

GSA e-Buy | GSA *Advanta*

GSA *Schedules e-Library*

Search: [ ] all the words Go

S

For general questions, contact:
**Ira Herman**
Phone: 703-605-2986
E-mail: Ira.herman@gsa.gov

**Need a quote from these vendors?**
**Click Here to try GSA *e-Buy***

23 V VEHICULAR MULTIPLE AWARD SCHEDULE (VMAS)

| Category | Description |
|---|---|
| **023 101** | Enclosed Concession Trailers Mobile Shell Sound Stage Trailers Dry Cargo Van Trailers, Lowbed Trailers and Platform Trailers. Must be 5th Wheeled Type Trailers Only and meet or exceed FFAE's Commercial Item Descriptions. |

18 contractors

Display: All Socio-Economic Indicators / Small Business / Woman Owned Business Go
Hold the 'Ctrl' key to select all that apply

- Download all contractors for this Category (*Excel*)

| Contractor | | Contract # | Phone | (Sort by) City, State | Socio-Economic | Contract Terms & Conditions | View Catalog |
|---|---|---|---|---|---|---|---|
| ALTEC INDUSTRIES, INC. | DISASTER RECOV | GS-30F-1028G | (205)458-3881 | BIRMINGHAM ,AL | o | | |
| APC EQUIPMENT & MANUFACTURING, I | DISASTER RECOV | GS-30F-0015U | (520)574-1968 | TUCSON ,AZ | s | | |
| CERTIFIED STAINLESS SERVICE INC. | DISASTER RECOV | GS-30F-1050D | (209)537-4747 | CERES ,CA | s | | |
| COMPACT POWER, INC. | DISASTER RECOV | GS-30F-0002U | (803)548-4348 | FORT MILL ,SC | s | | |
| CONSOLIDATED TRAILERS, INC. | DISASTER RECOV | GS-30F-0025R | (410)732-3230 | BALTIMORE ,MD | s/v/h | | |
| COZAD TRAILER SALES, LLC | DISASTER RECOV | GS-30F-0017M | (209)931-3095 | STOCKTON ,CA | s | | |
| FED-SOURCE INC | DISASTER RECOV | GS-30F-0013S | (888)839-5155 | UNION ,MO | s | | |
| FONTAINE TRAILER COMPANY INC | | GS-30F-0018T | (270)365-1177 | PRINCETON ,KY | o | | |
| GLOBE TRAILER MANUFACTURING, INC | DISASTER RECOV | GS-30F-0027R | (941)753-2199 | BRADENTON ,FL | s | | |
| H & H TRAILER CO | | GS-30F-0010T | (712)542-2156 | CLARINDA ,IA | s/h | | |
| HAULMARK INDUSTRIES, INC. | | GS-30F-0022T | (703)225-0025 | BRISTOL ,IN | o | | |

EXHIBIT
G
ALL-STATE LEGAL

| | | | | |
|---|---|---|---|---|
| KIPPER TOOL COMPANY | GS-30F-0016N | (800)295-9595 | GAINESVILLE ,GA | s/w |
| LANDOLL CORPORATION | GS-30F-0016L | (785)562-4707 | MARYSVILLE ,KS | s |
| TEREX CORPORATION | GS-30F-0016T | (540)720-6363 | FREDERICKSBURG ,VA | o |
| THE ADVANCE METALWORKING COMPANY | GS-30F-0019N | (309)853-3387 | KEWANEE ,IL | s/v |
| TRAYLOR MOTOR HOMES, INC. | GS-30F-0004U | (972)291-2067 | CEDAR HILL ,TX | s/d/w/dv/8a |
| WITZCO TRAILERS, INC | GS-30F-0008R | (888)922-9900 | SARASOTA ,FL | s |
| WSE LEASING, INC | GS-30F-0007P | (205)849-8002 | BIRMINGHAM ,AL | s |

GSA Schedules e-Library

GSA e-Buy | GSA *Advantage*

Search: all the words Go

Search Criteria: **WSE Leasing**

## Contractor/Manufacturer matches

| Source | Description |
|---|---|
| **23 V** | VEHICULAR MULTIPLE AWARD SCHEDULE (VMAS) |

Contractors

**WSE LEASING**, INC [GS-30F-0007P]

## Keyword matches - The following may be possible matches for the keywords entered. A search was conducted on GSA Advantage to identify possible matches.

| Source | Description |
|---|---|
| 23 V | VEHICULAR MULTIPLE AWARD SCHEDULE (VMAS) |

| Category | Description |
|---|---|
| **023 101** | Enclosed Concession Trailers Mobile Shell Sound Stage Trailers Dry Cargo Van Trailers, Lowbed Trailers and Platform Trailers. - Must be 5th Wheeled Type Trailers Only and meet or exceed FFAE's Commercial Item Descriptions. |

EXHIBIT H

GSA Advantage!

Tutorial! | Customer Assistance | What's New | Register | LOGIN

Shopping Cart
0 items: $0.00

New search: in All Categories Find It!

Advanced Search

Home > Search Results

Found **3** products for contract number **GS-30F-0007P** x and SIN **023 101** x

- Indicates quantity discounts available.

NSN/Mfr. Part No/Product — Price / Delivery — Quantity

TL2000 **FLATBED SEMI TRAILER**

TRANSCRAFT 48'X102" STEEL FLATBED, APITONG FLOOR, WINCH TRACK W/ (12) SLIDING WINCHES AND (12) 4"X30' STRAPS, 48" REMOVABLE NON-DOT STEEL BULKHEAD, AIR RIDE SUSPENSION, 22.5 STEEL DISC WHEELS, LOWPROFILE 22.5 TIRES W/ TIRE, CARRIER, LED ...

Manufacturer: TRANSCRAFT
Contractor: WSE LEASING, INC [GS-30F-0007P] (s)

**$28,846.00** EA
90 days delivered ARO

Options/Accessories



DTL2100 **DROPDECK FLATBED SEMI-TRAILER**

TRANSCRAFT DROPDECK FLATBED 48'X102" STEEL DROPDECK FLATBED, APITONG FLOOR, AIR RIDE SUSPENSION, 22.5 STEEL DISC WHEELS, LOWPROFILE 22.5 TIRES , ANTI-LOCKING BRAKES, LED LIGHTS OTHER OPTIONS ARE AVAILABLE, price includes FOB destination

Manufacturer: TRANSCRAFT
Contractor: WSE LEASING, INC [GS-30F-0007P] (s)

**$30,454.00** EA
90 days delivered ARO

Options/Accessories



2135 **BOTTOM DUMP SEMI-TRAILER, GENERAL PURPOS**

35'x96" RANCO steel bottom dump semi-trailer, tapered hopper, other options are available, price includes FOB destination

Manufacturer: RANCO
Contractor: WSE LEASING, INC [GS-30F-0007P] (s)

**$41,432.00** EA
90 days delivered ARO

Options/Accessories



**Can't find what you're looking for?**
**Click here to have a Customer Representative contact you**

ALL-STATE LEGAL® EXHIBIT I

P...

**Base Product:**

TL2000 $28,846.00

New price: **$28,846.00**

Reset | Add to Cart



**FLATBED SEMI TRAILER**

TRANSCRAFT 48'X102" STEEL FLATBED, APITONG FLOOR, WINCH TRACK W/ (12) SLIDING WINCHES AND (12) 4"X30' STRAPS, 48" REMOVABLE NON-DOT STEEL BULKHEAD, AIR RIDE SUSPENSION, 22.5 STEEL DISC WHEELS, LOWPROFILE 22.5 TIRES W/ TIRE, CARRIER, LED LIGHTS, priceincludes FOB destination

Base Price **$28,846.00**

**Customize Options**

Back | Add to Cart | Update

| | |
|---|---|
| **TIRE :** | TIRE CARRIER EITHER MOUNTED ROAD SIDE ORCURB SIDE |
| **FLOOR :** | 1 1/8" APITONG FLOORING WITH SHIPLAPPEDEDGES |
| **FRAME :** | 80K FRAME |
| **PAINT :** | 2 PART BLACK URETHANE PAINT COLOR, OTHERCOLORS AVAILABLE |
| **LENGTH :** | 48' LENGTH, (OTHER LENGTHS AVAILABLE) |
| **LIGHTS :** | LED LIGHTS |
| **STRAPS :** | (12) 4"X30' NYLON STRAPS |
| **D-RINGS :** | None |
| **KINGPIN :** | 48" KINGPIN SETTING |
| **WINCHES :** | (12) STEEL SLIDING WINCHES |
| **TOOL BOX :** | None |
| **HUBOMETER :** | HUBOMETER |
| **MUD FLAPS :** | (1) ONE SET MUDFLAPS BEHIND REAR AXLE |
| **SUSPENSION :** | SPRING SLIDE SUSPENSION |
| **BUMPER STEP :** | None |
| **AXLE SENSING :** | ROCKWELL-WABACO 2 AXLE SENSING |
| **DRAIN CABLES :** | None |
| **BUMPER STRIPS :** | None |
| **DIAGNOSTIC TOOL :** | None |
| **LOAD SECUREMENT :** | None |
| **SLACK ADJUSTERS :** | HALDEX SLACK ADJUSTERS W/ 6 YEAR WARRANTY |
| **BEARING LUBRICANT :** | FEDERAL MOGUAL BEARING LUBRICANT 80/90 OIL |

GSA Advantage!

Tutorial | Customer Assistance | What's New | Register | LOGIN

Shopping Cart
0 items: $0.00

New search: In All Categories Find It!

▸ Advanced Search

P

**Base Product:**

DTL2100 $30,454.00

New price: **$30,454.00**

Reset Add to Cart



**DROPDECK FLATBED SEMI-TRAILER**
TRANSCRAFT DROPDECK FLATBED 48'X102" STEEL DROPDECK FLATBED, APITONG FLOOR, AIR RIDE SUSPENSION, 22.5 STEEL DISC WHEELS, LOWPROFILE 22.5 TIRES , ANTI-LOCKING BRAKES, LED LIGHTS OTHER OPTIONS ARE AVAILABLE, price includes FOB destination

Base Price
**$30,454.00**

**Customize Options**

Back Add to Cart Update

| | |
|---|---|
| **ABS :** | 4S/2M WABCO ANTI-LOCKING BRAKES, DELETEDONLY FOR 1 AXLE SENSING, ABS REQUIRED |
| **TIRE :** | 255/70R22.5 TIRES |
| **AXLES :** | INTEGRAL AXLE WITH "P" SPINDLE, TYPE 3030 SPRING BRAKES, & HALDEX AUTO SLACK AD |
| **FLOOR :** | 1 1/8" APITONG FLOORING WITH SHIPLAPPEDEDGES |
| **FRAME :** | 130K FLANGES HI TENSILE TOP & BOTTOM, HITENSILE WEBS |
| **PAINT :** | PRIMED W/ 2 PARTS UNIVERSAL PRIMER, THENPAINTED WITH A 2 PART BLACK URETHANE. |
| **WIDTH :** | WIDTH 102" |
| **BRAKES :** | DOT ANTI-SKID BRAKE SYSTEM, WITH EXTENDED SERVICE LINING |
| **BUMPER :** | UNDER RIDE REQUIREMENT DOT APPROVED |
| **LENGTH :** | 48' LENGTH (OTHER LENGTHS AVAILABLE) |
| **STRAPS :** | None |
| **WHEELS :** | 8.25X22.5 UNIMOUNT STEEL, 10 HOLE, DISC |
| **KINGPIN :** | 30" KINGPIN SETTING |
| **RUBRAIL :** | 3/8"X2 1/2" ROLLED FORMEDUBRAIL W/RECESSFOR REFLECTIVE TAPE, DOUBLE PIPE SPOOLS |
| **WINCHES :** | None |
| **BULKHEAD :** | None |
| **CAPACITY :** | 80,000 LB DISTRIBUTED FRAME CAPACITY, 60K - 10' AREA, 55K -4'AREA |
| **HUBOMETER :** | None |
| **MUD FLAPS :** | ONE SET MUDFLAPS INFRONT OF REAR AXLE |
| **SIDE RAIL :** | 5 1/2" 10 GAUGE FABRICATED SIDE RAIL, ALUMINUM SIDE RAILS AVAILABLE |
| **ELECTRICAL :** | DOUBLE INSULATED CONNECTORS, WIRES, SEALS, 25 LED LIGHTS 5 YEAR WARRANTY |
| **SUSPENSION :** | AIR RIDE SUSPENSION, WITH QUICK ALIGN FEATURE |
| **UPPER DECK :** | UPPERDECK LENGTH 10.5' |
| **WHEEL ENDS :** | OIL IN WHEEL ENDS W/ 5 YEAR WARRANTY |
| **AXLE SPREAD :** | 121" AXLE SPREAD LOCATION |
| **CONSPICUITY :** | CONSPICUITY TAPE PER DOT & NHTSA |
| **DOCK BUMPER :** | ONE PAIR ON REAR |
| **KNEE BRACES :** | KNEE BRACES FORMED WITH TRIANGULAR CUTOUTS |
| **TWIST LOCKS :** | None |
| **WINCH TRACK :** | None |
| **AXLE SPINDLE :** | AXLE SPINDLE TAPERED |
| **CROSSMEMBERS :** | 4" JR I SILLS, 16" O/C LOWER DECK W/ 12"O/C IN COIL AND SUSPENSION AREA |
| **HUBS & DRUMS :** | 8.25-22.5 HUB PILOTED STEEL DISC, OUTBOARD MOUNTED CAST HUBS AND DRUMS |
| **LANDING GEAR :** | JOST ZERO MAINTENANCE 10" SQUARE LEG 10"CUSHION FOOT, LIFETIME WARRANTY |
| **PERMIT HOLDER :** | None |
| **STAKE POCKETS :** | STEEL STAKE POCKETS ON 24" CENTERS, 4 FRONT, 5 REAR, DOUBLE PIPE SPOOLS |
| **REAR DECK HEIGHT :** | REAR DECK HEIGHT 40" LOADED |
| **FIFTH WHEEL HEIGHT :** | 49" FIFTH WHEEL HEIGHTS |

**Base Product:**

2135 $41,432.00

New price: **$41,432.00**

Reset | Add to Cart



**BOTTOM DUMP SEMI-TRAILER, GENERAL PURPOS**
35'x96" RANCO steel bottom dump semi-trailer, tapered hopper, other options are available, price includes FOB destination

Base Price **$41,432.00**

## Customize Options

Back | Add to Cart | Update

| | |
|---|---|
| **GATE :** | 10 GAUGE STEEL, 7 CYLINDERS, AIR OPERATED, W/ VERSA CONTROL, ADJUSTABLE |
| **AXLES :** | 25,000# TANDEM AXLES |
| **FRAME :** | TUBULAR TYPE, TRUSS DESIGN |
| **PAINT :** | PRIMED, PAINTED SEABEE GREEN# 34064 |
| **SIDES :** | 10 GAUGE STEEL HOPPER SIDES, AR450 |
| **TIRES :** | 24.5 TIRES |
| **WIDTH :** | WIDTH OF TRAILER |
| **BRAKES :** | 16.5X7" AIR BRAKES W/ AUTO SLACK ADJUSTERS AND ABS, 2 AXLE SENSING |
| **BUMPER :** | BUMPER DOT APPROVED UNDERRIDE |
| **HOPPER :** | 10 GAUGE |
| **LENGTH :** | 35' LENGTH, OTHER OPTIONS ARE AVAILABLE |
| **WHEELS :** | 8.25X24.5 STEEL DISC WHEELS, (ALUMINUM WHEELS ARE AVAILABLE) |
| **FENDERS :** | BOLT ON FRONT & REAR STEEL FENDERS W/ MUD FLAPS |
| **KINGPIN :** | OSCILLATING, 19" SETTING |
| **CAPACITY :** | 21 CUBIC YARDS |
| **DOCUMENT :** | CERTIFICATE HOLDER |
| **TOOL BOX :** | TOOL BOXES |
| **ELECTRICAL :** | LED LIGHTS, WIRING ENCLOSED IN TRAILER FRAME |
| **SPARE TIRE :** | SPARE TIRE WITH CARRIER |
| **SUSPENSION :** | SPRING SUSPENSION 3-LEAF W/ TANDEM AXLE,SIX SPRING OPTION AVAILABLE |
| **HOPPER GATE :** | 10 GAUGE |
| **HUBS & DRUMS :** | OUTBOARD HUBS , CENTRIFUSE DRUMS, (ALUMINUM HUBS ARE AVAILABLE) |
| **LANDING GEAR :** | REMOVABLE |
| **TIE DOWNS/LIFT :** | LIFTING & TIE DOWN, MIL-STD-209K, W/ DATA PLATES |
| **FIFTH WHEEL HEIGHT :** | 48" |

# SOLICITATION/CONTRACT/ORDER FOR COMMERCIAL ITEMS

Offeror To Complete Block 12, 17, 23, 24, & 30

1. Requisition Number: SEE SCHEDULE
Page 1 Of 18

2. Contract No.: W56HZV-08-C-0455
3. Award/Effective Date: 2008JUN20
4. Order Number:
5. Solicitation Number:
6. Solicitation Issue Date:

7. For Solicitation Information Call:
a. Name: LORI ALVARADO
b. Telephone Number (No Collect Calls): (586)574-7003
8. Offer Due Date/Local Time:

9. Issued By — Code: W56HZV
U.S. ARMY TACOM LCMC
AMSTA-AQ-ADGA
WARREN, MICHIGAN 48397-5000
HTTP://CONTRACTING.TACOM.ARMY.MIL

VENDOR SYSTEM: WSN AYE: 92
e-mail: LORI.ALVARADO@US.ARMY.MIL

10. This Acquisition Is [X] Unrestricted OR [ ] Set Aside: % For
[ ] Small Business [ ] Emerging Small Business [ ] 8(A) [ ] Hubzone Small Business
[ ] Service-Disabled Veteran-Owned Small Business NAICS: 336212 Size Standard:

11. Delivery For FOB Destination Unless Block Is Marked
[ ] See Schedule

12. Discount Terms:

[X] 13a. This Contract Is A Rated Order Under DPAS (15 CFR 700)
13b. Rating: DOA4

14. Method Of Solicitation [ ] RFQ [ ] IFB [ ] RFP

15. Deliver To — Code:
SEE SCHEDULE

Telephone No.

16. Administered By — Code: S4101A
DCMA HUNTSVILLE
BUILDING 4505, SUITE 301
MARTIN ROAD
REDSTONE ARSENAL, AL 35898-0001

SCD: A PAS: NONE

17. Contractor/Offeror — Code: 1F6Z5 Facility:
HOE LEASING, INC.
3008 PINSON VALLEY PKWY
BIRMINGHAM, AL 35217-1810

Telephone No. (205)849-8005

[ ] 17b. Check If Remittance Is Different And Put Such Address In Offer

18a. Payment Will Be Made By — Code: HQ0338
DFAS-COLUMBUS CENTER
DFAS-CO/SOUTH ENTITLEMENT OPERATION
P.O. BOX 182264
COLUMBUS, OH 43218-2264

18b. Submit Invoices To Address Shown In Block 18a Unless Block Below Is Checked
[ ] See Addendum

| 19. Item No. | 20. Schedule Of Supplies/Services | 21. Quantity | 22. Unit | 23. Unit Price | 24. Amount |
|---|---|---|---|---|---|
| | SEE SCHEDULE | | | | |
| | (Use Reverse and/or Attach Additional Sheets As Necessary) | | | | |

25. Accounting And Appropriation Data
SEE ADDENDUM

26. Total Award Amount (For Govt. Use Only)
$3,236,488.00

[ ] 27a. Solicitation Incorporates By Reference FAR 52.212-1, 52.212-4. FAR 52.212-3 And 52.212-5 Are Attached. Addenda [ ] Are [ ] Are Not Attached.

[X] 27b. Contract/Purchase Order Incorporates By Reference FAR 52.212-4. FAR 52.212-5 Is Attached. Addenda [X] Are [ ] Are Not Attached.

[ ] 28. Contractor Is Required To Sign This Document And Return ________ Copies to Issuing Office. Contractor Agrees To Furnish And Deliver All Items Set Forth Or Otherwise Identified Above And On Any Additional Sheets Subject To The Terms And Conditions Specified.

[ ] 29. Award Of Contract: Ref. ______________________ Offer Dated __________. Your Offer On Solicitation (Block 5), Including Any Additions Or Changes Which Are Set Forth Herein, Is Accepted As To Items:

30a. Signature Of Offeror/Contractor

31a. United States Of America (Signature Of Contracting Officer)
/SIGNED/

30b. Name And Title Of Signer (Type Or Print)

30c. Date Signed

31b. Name Of Contracting Officer (Type Or Print)
M. J. PRANSKE
MATT PRANSKEM ARMY MIL (586)574-6364

31c. Date Signed
2008JUN20

Authorized For Local Reproduction
Previous Edition Is Not Usable

Standard Form 1449 (Rev. 3/2005)
Prescribed By GSA-FAR (48 CFR) 53.212

ALL-STATE LEGAL
EXHIBIT
J

| 19. Item No. | 20. Schedule Of Supplies/Services | 21. Quantity | 22. Unit | 23. Unit Price | 24. Amount |
|---|---|---|---|---|---|
| | | | | | |

32a. Quantity In Column 21 Has Been

☐ Received ☐ Inspected ☐ Accepted, And Conforms To The Contract, Except As Noted: ____________

| 32b. Signature Of Authorized Government Representative | 32c. Date | 32d. Printed Name and Title of Authorized Government Representative |
|---|---|---|
| | | |

| 32e. Mailing Address of Authorized Government Representative | 32f. Telephone Number of Authorized Government Representative |
|---|---|
| | 32g. E-Mail of Authorized Government Representative |

| 33. Ship Number | 34. Voucher Number | 35. Amount Verified Correct For | 36. Payment | 37. Check Number |
|---|---|---|---|---|
| Partial / Final | | | ☐ Complete ☐ Partial ☐ Final | |
| 38. S/R Account No. | 39. S/R Voucher Number | 40. Paid By | | |

| 41a. I Certify This Account Is Correct And Proper For Payment | | 42a. Received By (Print) | |
|---|---|---|---|
| 41b. Signature And Title Of Certifying Officer | 41c. Date | 42b. Received At (Location) | |
| | | 42c. Date Rec'd (YY/MM/DD) | 42d. Total Containers |

| CONTINUATION SHEET | Reference No. of Document Being Continued<br>PIIN/SIIN [illegible] MOD/AMD | Page [illegible] of [illegible] |
|---|---|---|

Name of Offeror or Contractor: [illegible]

SUPPLEMENTAL INFORMATION

| | Regulatory Cite | Title | Date |
|---|---|---|---|
| 1 | 52.211-4859 (TACOM) | ACCEPTANCE APPENDIX | [illegible]/2006 |

(a) Contract Number [illegible] is awarded to [illegible]. The Government accepts your proposal dated May [illegible], 2008 , signed by Sharon [illegible] of your company

(b) The contractor, in its proposal, provided data for various solicitation clauses, and that data has been added in this contract.

(c) Any attachments not included within this document will be provided by TACOM-Warren directly to the administrative contracting officer (ACO) via e-mail, as required. Technical data packages that are only available on CD-ROM will be mailed by TACOM-Warren to the ACO. Within one week of this award, any offices not able to obtain attachments from TACOM's website (https://contracting.tacom.army.mil/) and still requiring a copy, can send an email request to the buyer listed on the front page of this contract.

[illegible].army.mil

(d) The following Amendment(s) to the solicitation are incorporated into this contract: NA

[End of Clause]

| | | | |
|---|---|---|---|
| 2 | 52.201-4920 (TACOM) | TACOM-WARREN OMBUDSPERSON | [illegible]/2006 |

Information regarding the TACOM-Warren Ombudsperson is located at the website http://contracting.tacom.army.mil/acqinfo/ombudsperson.htm

[End of Clause]

| CONTINUATION SHEET | Reference No. of Document Being Continued<br>PIIN/SIIN [illegible] MOD/AMD | Page 1 of [illegible] |
|---|---|---|

Name of Offeror or Contractor: WSI LEASING, INC.

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| | SUPPLIES OR SERVICES AND PRICES/COSTS | | | | |
| 0001 | NSN: [illegible]<br>SECURITY CLASS: Unclassified | | | | |
| 0001AA | 50 TON TRAILER | 14 | EA | $ [illegible] | $ [illegible] |
| | NOUN: FLATBED TRAILER [illegible]<br>PRON: [illegible] PRON AMD: 02 ACRN: AA<br>AMS CD: [illegible]<br>CUSTOMER ORDER NO: [illegible] | | | | |
| | 56 TON CAPACITY 3 AXLE TRAILER IN ACCORDANCE WITH ATTACHMENT 0001, SPECIFICATIONS | | | | |
| | (End of narrative B001) | | | | |
| | Packaging and Marking | | | | |
| | Inspection and Acceptance<br>INSPECTION: Origin ACCEPTANCE: Origin | | | | |
| | Deliveries or Performance<br>DOC [illegible] SUPPL [illegible]<br>REL CD MILSTRIP ADDR SIG CD MARK FOR TP CD<br>001 [illegible] [illegible] [illegible] [illegible]<br>DEL REL CD QUANTITY DEL DATE<br>001 14 10-NOV-2008 | | | | |
| | FOB POINT: Destination | | | | |
| | SHIP TO:<br>[illegible] [illegible]<br>BLDG [illegible] NORTH FT HOOD<br>[illegible] PARK AVENUE<br>GATESVILLE TX [illegible] | | | | |

| CONTINUATION SHEET | Reference No. of Document Being Continued<br>PIIN/SIIN [illegible]-C-[illegible] MOD/AMD | Page [illegible] of 26 |
|---|---|---|

Name of Offeror or Contractor: [illegible]

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0002 | NSN: [illegible]<br>SECURITY CLASS: Unclassified | | | | |
| [illegible]AA | [illegible] TON TRAILER<br><br>[illegible] TRAILER [illegible] DECK<br>[illegible] PRON AMD: 03 ACRN: AB<br>[illegible]<br>CUSTOMER ORDER NO: [illegible]<br><br>[illegible] TON CAPACITY 3 AXLE TRAILER IN ACCORDANCE WITH ATTACHMENT 0001, SPECIFICATIONS<br><br>(End of narrative [illegible])<br><br>Packaging and Marking<br>PACKAGING/PACKING/SPECIFICATIONS:<br>COMMERCIAL<br>LEVEL PRESERVATION: Commercial<br>LEVEL PACKING: Commercial<br><br>Inspection and Acceptance<br>INSPECTION: Origin ACCEPTANCE: Origin<br><br>Deliveries or Performance<br>DOC SUPPL<br>REL CD MILSTRIP ADDR SIG CD MARK FOR TP CD<br>001 [illegible] [illegible] [illegible] 3<br>DEL REL CD QUANTITY DEL DATE<br>001 [illegible] [illegible]-NOV-[illegible]<br><br>FOB POINT: Destination<br><br>SHIP TO:<br>([illegible]) [illegible]<br>[illegible] NORTH [illegible]<br>[illegible] PARK AVENUE<br>GATESVILLE TX [illegible]<br><br>DOC SUPPL<br>REL CD MILSTRIP ADDR SIG CD MARK FOR TP CD<br>002 [illegible] [illegible] [illegible] 3<br>DEL REL CD QUANTITY DEL DATE<br>001 [illegible] [illegible]-NOV-[illegible]<br><br>FOB POINT: Destination<br><br>SHIP TO:<br>([illegible]) [illegible]<br>[illegible] ROBERTS BLVD<br>FORT SMITH AR [illegible] | [illegible] | EA | $ [illegible] | $ [illegible] |

| CONTINUATION SHEET | Reference No. of Document Being Continued<br>[illegible] [illegible] MOD/AMD | Page [illegible] of [illegible] |
|---|---|---|

Name of Offeror or Contractor: [illegible]

LIST OF ATTACHMENTS

| List of Addenda | Title | Date | Number of Pages | Transmitted By |
|---|---|---|---|---|
| Attachment [illegible] | SPECIFICATIONS | [illegible] | [illegible] | EMAIL |

# Exhibit K

Among other superior features of the Landoll 610-NG trailer (some imbedded, most subject to various patents: (1) **Undercarriage:** The undercarriage travels forward and returns hydraulically. Undercarriage is painted black with TGIC polyester Powder Coating. It travels on (4) 5" 60,000 lb greaseable needle bearing rollers. Two 3" 24,000 lb. keeper rollers secure the undercarriage to the trailer frame. All rollers and bearings are removable and replaceable. The undercarriage travels forward 212" with one 6" x 4"x212" telescoping hydraulic cylinder achieving a 7-1/2 degree load angle. The inner beams have two pockets located near the rear of the trailer in which the rollers rest, creating a secured positive lock and align undercarriage while the trailer is in travel mode. While the trailer is in loading position the rollers sit in two inverted pockets in the inner beams near the front of the lower deck, thus achieving the 7-1/2 degree loading angle. All light wiring, air and hydraulic lines are encased in a heavy plastic flex chain to ensure maximum protection. (2) **Tilting Deck.** The Landoll trailers use hydraulic cylinders to move the suspension of the trailer forward to reduce the loading angle of the trailer. (3) **Positive Stop Pockets:** Landoll uses patented rear "pockets" in the trailer to lower the deck during transport. Large 5-inch rollers roll on the bottom of the main trailer beam during the loading and unloading process. There is Transport "position pockets" welded into the rear beam of the trailer, which allows the roller to roll up into the beam. The top of the roller rolls up into this 5-inch deep recess, which then allows the trailer frame to be lowered 5 inches. This accomplishes two things: it lowers the deck height and also provides for a "positive stop" to keep the undercarriage / suspension under the trailer, this is a major safety feature of the Landoll Hydraulic Trailers.(4) **Powder Paint:** This paint provides extra protection from the elements and will significantly add to the life of the product. Powder paint is applied as a powder and then is baked at 400 degrees to form a tough coat to protect the exterior surface of the steel material. Landoll Corporation is the only company in the United States that has a powder coat booth large enough to powder paint an entire 53-foot trailer frame. (6) **Trailer Configuration:** The following features (in addition to the items above) are designed into and unique to the Landoll 600 USAR trailer. We are the only trailer manufacturer that offers all of these unique features in a commercial trailer that has been tested at the Yuma Proving Grounds, and is being utilized by the National Guard, and is offered as a commercial item. Due to Landoll Corporation's experience with the military, this commercial trailer was developed with virtually every item being unique to the Army's mission profile.(7) **Brakes:** Landoll has incorporated larger brakes (16-1/2 x 7) on this trailer. These are unique to height of trailer deck. The larger brakes will provide a greater stopping capability and allow the brakes to operate at a cooler temperature. This will add to the life of the brakes shoes. (8) **Cross Members:** The Landoll 610 has cross members on 8" centers allowing for a greater concentrated load. In turn this creates the opportunity for a more diverse payload. The original 610 NG was taken to Yuma Proving Grounds to allow different loads used in the US Army to be loaded and the weight distribution to be studied. (9) **Gooseneck:** The gooseneck (forward) end of the trailer is hinged to the lower deck with a greaseable pivot hinge. The drop from the upper deck to the lower deck is a 32-inches. The kingpin plate is 1/2" thick and is hinged to allow loading and unloading with tractor and trailer in jackknife position. The full-width gooseneck is suitable for use with a 64 inch fifth wheel height (900 Freightliner Prime Mover Series). The 3-1/2" Kingpin, SAE J-848 type, is located 21 inches from the front of the trailer. The fifth wheel has an 81-inch swing clearance. A 24" x 4-1/2" greaseable slope roller painted black with TGIC polyester powder coating is centered and recessed at the rear of the top deck; (10) **Davit Spare Tire:** Created to enable the Army's requirement that the "95-percentile woman" is able to change a tire; (11) **Interlocking Over Width Planks and System:** This allows the trailer to be loaded without movement (tipping) of the over width planks. This creates a stable platform to load and unload all military equipment. The over width decking covers the full length of the lower deck. (12) **Over Width Plank Storage:** The 600 series trailer offers a unique storage system to allow all over width planks to be carried efficiently on the upper deck when not in use. (13) **Air Ride Suspension:** Neway RLU 228: 22,500 Capacity. The RFQ specifications did not require an Air Ride Supsension. Air ride meets the Army's requirement for the "Landoll" 600 Series Trailer. Air ride creates a smoother ride for the soldier and handles the payload better.

ALL-STATE LEGAL

EXHIBIT

K