ORIGINAL

# In The United States Court of Federal Claims

RECEIVED
JUL 28 2008
OFFICE OF THE CLERK
U.S. COURT OF FEDERAL CLAIMS

## Cover Sheet

Plaintiff(s) or Petitioner(s)
Lendoll Corporation

If this is a multi-plaintiff case, pursuant to RCFC 20(a), please attach an alphabetized, numbered list of all plaintiffs.

Name of the attorney of record (See RCFC 83.1(c)): Darcy Victoria Hennessy

Firm Name: Moore & Hennessy, P.C.

Post Office Box: 08-542 C

Street Address: 4600 Madison, Suite 700

City-State-Zip: Kansas City, MO 64112

Telephone & Facsimile Numbers: Tel: 816-753-3030; Fax: 816-753-3036

Is the attorney of record admitted to the Court of Federal Claims Bar? ■ Yes □ No

Does the attorney of record have a Court of Federal Claims ECF account? ■ Yes □ No
If not admitted to the court or enrolled in the court's ECF system, please call (202) 357-6406 for admission papers and/or enrollment instructions.

Nature of Suit Code: [1] [4] [0]
Select only one (three digit) nature-of-suit code from the attached sheet. If 213, identify partnership or partnership group. If numbers 118, 134, 226, 312, 356, or 528 are used, please explain.

Agency Identification Code: [A] [R] [M]
See attached sheet for three-digit codes.

Amount Claimed: $ Bid Protest
Use estimate if specific amount is not pleaded.

Disclosure Statement:
Is a RCFC 7.1 Disclosure Statement required? □ Yes ■ No
If yes, please note that two copies are necessary.

Bid Protest:
Indicate approximate dollar amount of procurement at issue: $ 3,300,000.00
Is plaintiff a small business? ■ Yes □ No

Vaccine Case:
Date of Vaccination: __________

Related Cases:
Is this case directly related to any pending or previous case? □ Yes ■ No
If yes, you are required to file a separate notice of directly related case(s). See RCFC 40.2.