FILED
JUL 28 2008
U.S. COURT OF FEDERAL CLAIMS

IN THE UNITED STATES COURT OF FEDERAL CLAIMS
BID PROTEST

| | |
|---|---|
| LANDOLL CORPORATION<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | Case No.: 08-542 C<br><br>Judge: ______ |

## MOTION FOR PRELIMINARY INJUNCTION

Pursuant to Rule 65 of the United States Court of Federal Claims and U.S.C. § 3553, Landoll Corporation ("Landoll") moves this Court for a preliminary injunction ordering Defendant United States, acting through the Department of Defense to stay WSE Leasing, Inc.'s performance of Contract No. W56HZN-08-C-D666, purchase of forty (40) tilt-deck hydraulic trailers, until the Court can decide the merits of Landoll's Complaint.

Dated: July 26, 2008

MOORE & HENNESSY, P.C.

By: ____________________________

Darcy V. Hennessy, admitted 10/30/86
4600 Madison, Ste. 700
Kansas City, MO 64112
(816)753-3030 Telephone
(816)753-3036 Facsimile

COUNSEL OF RECORD FOR PLAINTIFF
LANDOLL CORPORATION

Of Counsel:

Leslie A. Boe
Moore & Hennessy, P.C.
4600 Madison, Ste. 700
Kansas City, MO 64112
(816)753-3030 Telephone
(816)753-3036 Facsimile

**CERTIFICATE OF SERVICE**

I hereby certify that I caused a true and correct copy of Landoll Corporation's Complaint, Memorandum of Points and Authorities in Support of Application for Temporary Restraining Order and Motion for Preliminary Injunction, Application for Temporary Restraining Order, and Motion for Preliminary Injunction to be served this 28th day of July, 2008, by facsimile and e-mail on the following:

U.S. Department of Justice
Civil Litigation Division
Commercial Litigation Branch
1100 L Street, NW
Washington, DC 20530
Tel: (202)307-0843
Fax: (202)307-0972
*Counsel for Defendant*

WSE Leasing, Inc.
3000 Pinson Valley Pkwy
Birmingham, AL 35217-1810

M.J. Franzen
Contracting Officer
U.S. Army TACOM
Life Cycle Management Command
6601 E. 11 Mile Road
Warren, MI 48397-5000

Darcy V. Hennessy