ORIGINAL

FILED
JUL 28 2008
U.S. COURT OF FEDERAL CLAIMS

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**BID PROTEST**

| | | |
|---|---|---|
| **LANDOLL CORPORATION** | ) | |
| | ) | |
| **Plaintiff,** | ) | **Case No.:** 08-542 C |
| | ) | |
| **v.** | ) | **Judge:** ____________ |
| | ) | |
| **THE UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |
| ______________________________ | ) | |

**APPLICATION FOR TEMPORARY RESTRAINING ORDER**

Pursuant to Rule 65 of the United States Court of Federal Claims, Landoll Corporation ("Landoll") requests this Court to issue a temporary restraining order staying the performance of Contract No. W56HZV-08-C-D666, purchase of forty (40) tilt-deck hydraulic trailers by the United States, acting through the Department of Defense, Federal Supply Schedule, and until this Court resolves Landoll's Complaint.

Alternatively, Landoll requests that this temporary restraining order be in effect until the Court hears and decides Landoll's motion for preliminary injunction.

Dated: July 26, 2008

MOORE & HENNESSY, P.C.

By: [signature]
Darcy V. Hennessy, admitted 10/30/86
4600 Madison, Ste. 700
Kansas City, MO 64112
(816)753-3030 Telephone
(816)753-3036 Facsimile

COUNSEL OF RECORD FOR PLAINTIFF
LANDOLL CORPORATION

Of Counsel:

Leslie A. Boe
Moore & Hennessy, P.C.
4600 Madison, Ste. 700
Kansas City, MO 64112
(816)753-3030 Telephone
(816)753-3036 Facsimile

**CERTIFICATE OF SERVICE**

I hereby certify that I caused a true and correct copy of Landoll Corporation's Complaint, Memorandum of Points and Authorities in Support of Application for Temporary Restraining Order and Motion for Preliminary Injunction, Application for Temporary Restraining Order, and Motion for Preliminary Injunction to be served this 28th day of July, 2008, by facsimile and e-mail on the following:

U.S. Department of Justice
Civil Litigation Division
Commercial Litigation Branch
1100 L Street, NW
Washington, DC 20530
Tel: (202)307-0843
Fax: (202)307-0972
*Counsel for Defendant*

WSE Leasing, Inc.
3000 Pinson Valley Pkwy
Birmingham, AL 35217-1810

M.J. Franzen
Contracting Officer
U.S. Army TACOM
Life Cycle Management Command
6601 E. 11 Mile Road
Warren, MI 48397-5000

Darcy V. Hennessy