**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**BID PROTEST**

| | | |
|---|---|---|
| **LANDOLL CORPORATION** | ) | |
| | ) | |
| **Plaintiff,** | ) | **Case No.: 08-542 C** |
| | ) | |
| **v.** | ) | **Judge: Hewitt** |
| | ) | |
| **THE UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |
| | ) | |

## RULE 7.1 DISCLOSURE STATEMENT

COMES NOW use plaintiff Landoll Corporation, by and through its undersigned counsel, and for its disclosure statement in compliance with Federal Rule of Civil Procedure 7.1 states that Landoll Corporation does not have a parent corporation and there is no publicly held corporation that owns 10% or more of Landoll Corporation's stock.

Respectfully Submitted,

MOORE & HENNESSY, P.C.

By:/s/ Darcy V. Hennessy
Darcy V. Hennessy, MO #27125
Admitted Ct.Cl. 10/30/86
4600 Madison, Suite 700
Kansas City, Missouri 64112
(816) 753-3030 (telephone)
(816) 753-3036 (facsimile)

ATTORNEY FOR LANDOLL CORPORATION

Of Counsel:
Leslie A. Boe
Moore & Hennessy, P.C.
4600 Madison, Ste. 700
Kansas City, MO 64112
(816)753-3030 Telephone
(816)753-3036 Facsimile

**CERTIFICATE OF SERVICE**

The Undersigned does hereby certify that I have this day caused to be filed via the Official Electronic Document Filing System of the United States Court of Federal Claims ("CM/ECF") a true and correct copy of the above and foregoing pleading. Copies of this document will be transmitted via the Court's CM/ECF System to all counsel of record. Additional copies may be obtained through the Court's CM/ECF System.

Dated: July 29, 2008

/s/ Darcy V. Hennessy
Darcy V. Hennessy

Mr. Scott MacGriff
U.S. Department of Justice
Civil Litigation Division
Commercial Litigation Branch
1100 L Street, NW
Washington, DC 20530
Via email to *Scott.MacGriff@usdoj.gov*
*Counsel for Defendant*

Darcy V. Hennessy