**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**BID PROTEST**

| | | |
|---|---|---|
| **LANDOLL CORPORATION** | ) | |
| | ) | |
| **Plaintiff,** | ) | **Case No.: 08-542 C** |
| | ) | |
| **v.** | ) | **Judge: Hewitt** |
| | ) | |
| **THE UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |
| ______________________________ | ) | |

**WITHDRAWAL OF PLAINTIFF'S APPLICATION FOR TEMPORARY RESTRAINING ORDER AND MOTION FOR PRELIMINARY INJUNCTION**

COMES NOW, the plaintiff, Landoll Corporation, by and through its undersigned counsel, and, in that the defendant has issued a stay of performance of the contract which is the subject of the above-styled action, plaintiff withdraws its Application for Temporary Restraining Order and Motion for Preliminary Injunction.

Respectfully Submitted,

MOORE & HENNESSY, P.C.

By: /s/ Darcy V. Hennessy

Darcy V. Hennessy, MO #27125
Admitted Ct.Cl. 10/30/86
4600 Madison, Suite 700
Kansas City, Missouri 64112
(816) 753-3030 (telephone)
(816) 753-3036 (facsimile)

ATTORNEY FOR LANDOLL CORPORATION

**CERTIFICATE OF SERVICE**

The Undersigned does hereby certify that I have this day caused to be filed via the Official Electronic Document Filing System of the United States Court of Federal Claims ("CM/ECF") a true and correct copy of the above and foregoing pleading. Copies of this document will be transmitted via the Court's CM/ECF System to all counsel of record. Additional copies may be obtained through the Court's CM/ECF System.

*Copy sent to following by other means*:
Mr. Scott MacGriff
U.S. Department of Justice
Civil Litigation Division
Commercial Litigation Branch
1100 L Street, NW
Washington, DC 20530
Via email to *Scott.MacGriff@usdoj.gov*
*Counsel for Defendant*

Dated: July 29, 2008

/s/ Darcy V. Hennessy
Darcy V. Hennessy